# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>**JOSE QUILES VAZQUEZ, and**<br>**RAQUEL DIETSCH MARTINEZ**<br>*Debtor(s)* | Case No. **11-03226-SEK13**<br><br>Chapter **13** |

## MOTION FOR AUTHORIZATION TO MODIFY MORTGAGE WITH FIRST BANK

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), through the undersigned counsel, and very respectfully pray as follows:

1. On **April 15, 2011** Debtor(s) filed a Voluntary Petition for relief under Chapter **13** of the Bankruptcy Code.

2. This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. §157(b)(2)(A) and (D), 28 U.S.C. §1334, and 11 U.S.C. §364.

3. It is Debtor(s)' desire to modify the home mortgage note.

4. On June 3, 2011 Debtor(s) obtained a good faith estimate from **FIRST BANK** for a mortgage modification. *See* **Exhibit 1.**

5. Any pre-petition and post petition arrearage of the mortgage loan due to creditor **FIRST BANK-V**, will be eliminated, since it will be included with the modification.

6. Additionally, with the modification Debtor(s)' monthly mortgage payments will be reduced from $1,158.16 monthly, to $717.76 monthly commencing on July 1st, 2011.

WHEREFORE, the Debtor(s) in the above captioned proceedings pray(s) that this Motion for Authorization to Modify Secured Debt be granted and that Debtor be authorized to modify their secured obligations owed to **FIRST BANK** as described herein.

## NOTICE

Within twenty one **(21) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time

allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all CM/ECF participants including the US Trustee, and the Chapter 13 Trustee.

**I FURTHER CERTIFY** that on this same date I sent a copy of the present document through regular US Mail to **First Bank-V** at **PO Box 9146, San Juan, PR, 00908-0146**.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this July 18, 2011.

| | |
|---|---|
| **ALMEIDA & DÁVILA, P.S.C.**<br>PO Box 191757<br>San Juan, Puerto Rico 00919-1757<br>Phone: (787) 722-2500<br>Fax: (787) 722-2227 | S/ **ENRIQUE M. ALMEIDA BERNAL**<br>USDC-PR 217701<br>Email: ealmeida@almeidadavila.com<br><br>S/ **ZELMA DÁVILA CARRASQUILLO**<br>USDC-PR 218913<br>Email: zdavila@almeidadavila.com |

*514-107 QUILES VAZQUEZ, JOSE & RAQUEL DIETSH*

*Exhibit 1*



## EVALUACION PARA MODIFICACION

| | |
|---|---|
| Nombre del Cliente | JOSE QUILES VAZQUEZ / RAQUEL DIETSCH |
| Dirección Propiedad | 63 AVE CONDADO, SAN JUAN PR 00907 |
| Hipoteca Número | 272078 |
| Inversionista | G04 |
| Tipo de Préstamo | FHA |

| 1era Hipoteca | | | Modificacion | |
|---|---:|---|---|---:|
| Balance Original | $ 136,650.00 | | Balance Principal 1ra | $ 124,452.33 |
| Balance Principal | $ 124,452.33 | | Balance Principal 2da | |
| Principal & Interés | $ 1,045.36 | | Intereses | $ 1,400.10 |
| Reserva | $ 112.80 | | Deficiencia | $ 862.40 |
| Pago Total | $ 1,158.16 | | Inspecciones | |
| | | | Modification Fee | |
| Tasacion original | | | Other Fees | |
| **Información** | | | Total | $ 126,714.83 |
| Balance Principal | $ 124,452.33 | | | |
| Principal & Interés | $ 1,045.36 | | Tasa de Interes | 4.000% |
| Préstamo Balloon | | | Fecha Primer Pago | 1-Jul-11 |
| Tasa de Interes | 4.500% | | Fecha de Madurez | 1-Jun-31 |
| Fecha Originación | 28-Apr-09 | | Término de la Hipoteca | 360 |
| Fecha de Madurez | 1-May-24 | | Principal & Interés | $ 604.96 |
| Termino de la Hipoteca | 180 | | Reserva | $ 112.80 |
| Meses en atraso | | | Pago Total | $ 717.76 |
| 3 x $ 1,158.16 1ra | $ 3,474.48 | | Ahorro en pago = 38.03% | $ 440.40 |
| 0 x $ - 2da | $ - | | | |
| Recargos | $ 138.99 | | **Aportacion de cliente o plan de pago** | |
| Inspecciones | $ 25.00 | | Estudio de titulo | $ - |
| Gastos & Honorarios | $ - | | Cargos por demora | $ - |
| Deficiencia de la Reserva | $ 862.40 | | NSF | $ - |
| NSF | $ - | | | |
| **TOTAL** | $ 4,500.87 | | **TOTAL** | $ - |

**NOTAS**

valido 06/30/11

Preparado: Linnette Rodriguez
6/3/2011  Loss Mitigation